**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RICKY MADDOX, | ) | No. EDCV 09-986-DMG(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| WARDEN GONZALES, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: September 27, 2013

_____
DOLLY M. GEE
United States District Judge